ments. Defendants' motion to strike out the second amended complaint denied, with $10 costs. The precise averment that the written part of the agreement alleged in paragraph 19 is contained in the two letters set forth, and that all else beyond the terms of the letters is oral, renders the complaint, as so amended, sufficiently definite and certain.

In re FISK'S WILL. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) In the matter of the proving of the last will and testament of Rufus L. Fisk, deceased. No opinion. Decree affirmed, with costs.

FITTON, Appellant, v. UNITED ELECTRIC LIGHT & POWER CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Alexander Fitton, as administrator, etc., of Joseph Fitton, deceased, against the United Electric Light & Power Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, because of error in the charge of the trial court at folio 206. See Lesin v. Shapiro, 147 App. Div. 100, 131 N. Y. Supp. 755; Coble v. Potter, 155 App. Div. 716, 140 N. Y. Supp. 855.

FLINT, Respondent, v. ABENDROTH BROS., Appellant. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Herbert A. Flint against Abendroth Bros. No opinion. Judgment and order unanimously affirmed, with costs.

FLORIO, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Anna Florio, an infant, against Douglas Robinson, as receiver, etc. F. J. Moses, of New York City, for appellant. F. L. Tyson, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FLORIO, Respondent, v. ROBINSON, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Michael Florio against Douglas Robinson, as receiver, etc. F. J. Moses, of New York City, for appellant. F. L. Tyson, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FLYNN, Respondent, v. NEW YORK, W. & B. RY. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Michael W. Flynn against the New York, Westchester & Boston Railway Company and others. No opinion. Judgment affirmed, with costs. See, also, 154 App. Div. 898, 138 N. Y. Supp. 1115.

FOLEY, Respondent, v. HIGGINS, Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Amelia Foley against Louisa Higgins. No opinion. Order affirmed, with $10 costs and disbursements.

FOSS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by Archibald C. Foss against the New York Central & Hudson River Railroad Company. A. G. Fox, of New York City, for appellant. G. C. Fox, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FOSTER et al. v. MORRIS et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Frederic De Peyster Foster and another, as trustees, etc., against Helen Schermerhorn Morris and others. No opinion. Judgment affirmed, with costs to plaintiffs respondents, payable out of the trust fund in their hands payable to the heirs at law and next of kin of Henry P. Kingsland, deceased.

FOX, Respondent, v. FOX, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Hazel Frances Fox against David Fox.

PER CURIAM. There is no allegation in the complaint that the disease of epilepsy has any effect upon the ability of the person suffering therefrom to discharge every obligation of the marital relation or that his progeny, if any, will be in any wise affected thereby. Interlocutory judgment reversed, and demurrer sustained, with leave to plaintiff to serve an amended complaint within 20 days, without costs.

FOX v. LINDEMAN. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Henry Fox against Samuel Lindeman. No opinion. Application denied, with $10 costs. Order signed. See, also, 143 N. Y. Supp. 728.

FRANCO-AMERICAN BAKING CO. v. RAUB et al. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by the Franco-American Baking Company against Herman Raub and others. No opinion. Motion to dismiss appeal (from 142 N. Y. Supp. 276) granted, with $10 costs. Order filed.

FRANK, Respondent, v. FRANK, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Bertha Frank against Moses Frank. No opinion. Judgment affirmed by default, with costs.